| | |
|---|---|
| WILLIAM K. HARRINGTON | **Hearing Date and Time:** |
| UNITED STATES TRUSTEE, REGION 2 | April 12, 2022, at 10:00 am |
| U.S. Department of Justice | **Objection Deadline:** |
| Office of the United States Trustee | April 5, 2022, by 4:00 p.m. |
| 201 Varick Street, Room 1006 | **Related to ECF Nos.:** |
| New York, NY 10014 | ECF No. 1 |
| Tel. (212) 510-0500 | |
| andrea.b.schwartz@usdoj.gov | |
| By:    Andrea B. Schwartz, Esq. | |
|       Trial Attorney | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re                                                                                 :        Chapter 7
                                           :
EDUARDO HERMOGENES JIMENEZ PEREZ,     :        Case No. 21-11523 (MG)
                                           :
                          Debtor.                              :
------------------------------------------------------------- X

## NOTICE OF UNITED STATES TRUSTEE'S MOTION, PURSUANT TO 11 U.S.C. § 350(b), FOR ORDER REOPENING CLOSED CASE AND DIRECTING APPOINTMENT OF TRUSTEE

PLEASE TAKE NOTICE that a hearing on the *United States Trustee's Motion, Pursuant to 11 U.S.C. § 350(b), for Order Reopening Closed Case and Directing Appointment of Trustee* (the "Motion") shall take place on April 12, 2022, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Martin Glenn, Chief Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, NY 10004.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Bankruptcy Rules and the Local Bankruptcy Rules, be filed with the Bankruptcy Court (i) in person with the Clerk's Office or electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest, on a CD-ROM, in text-

searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399, the Bankruptcy Rules, and the Local Bankruptcy Rules, so as to be filed and served upon William K. Harrington, United States Trustee for Region 2, 201 Varick Street, Rm. 1006, New York, NY 10014 (Attn. Andrea B. Schwartz, Esq.) so as to be received no later than April 5, 2022, at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, if no Objections are timely filed and served with respect to the Motion, the relief requested shall be deemed unopposed, and the U.S. Trustee may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order filed contemporaneously with the Motion, which order may be entered without further notice or opportunity to be heard.

PLEASE TAKE FURTHER NOTICE that any objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

PLEASE TAKE FURTHER NOTICE that, due to the COVID-19 pandemic, the Hearing, if held, will be conducted using Zoom for Government. Parties should not appear in person unless permission is granted by the Court, and those wishing to appear or participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the Court's website prior to 4:00 p.m. (Prevailing Eastern Time) on the day before the Hearing. Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at http://www.nysb.uscourts.gov/content/judge-martin-glenn.

Dated: New York, NY    WILLIAM K. HARRINGTON, U.S. TRUSTEE
March 24, 2022

By    */s/ Andrea B. Schwartz*
Andrea B. Schwartz, Trial Attorney