UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:

                                             Chapter 7

Eduardo Hermogenes Jimenez Perez,

                                             Case No.: 21-11523 (MG)

                        Debtor,

------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Eduardo Hermogenes Jimenez Perez, hereinafter, the "Debtor" and/or "Mr. Perez.

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notice given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

                                      Darren Aronow, Esq.
                                      Aronow Law, P.C.
                        7600 Jericho Turnpike, Suite 115
                                  Woodbury, NY 11797

Dated: April 7, 2022
       Woodbury, New York

                                                        Aronow Law, P.C.
                                                        Attorney for the Debtor
                                                        7600 Jericho Turnpike, Suite 115
                                                        Woodbury, New York 11797
                                                         Phone: (516) 762-6701
                                                         Fax: (513) 303-0066

                                                         By: */s/ Darren Aronow*
                                                         Darren Aronow, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:

Eduardo Hermogenes Jimenez Perez,

           Debtor,
------------------------------------------------------------ X

Chapter 7

Case No.: 21-11523 (MG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NASSAU ) s.s.:

  Carrie Altenburg, being sworn, says: I am not a party to the action, am over 18 years of age and am doing business at Woodbury, New York.

  On April 7, 2022  I served the within, Notice of Appearance Via USPS AND/OR ECF Docketed Under #21 Upon:

  **Angela G. Tese-Milner**
  Law Offices of Angela Tese-Milner, Esq.
  735 Wickham Avenue
  P.O. Box 35
  Mattituck, NY 11952

  *U.S. Trustee*
  *c/o Andrea Beth Schwartz*
  Office of the United States Trustee
  U.S. Federal Office Building
  201 Varick Street, Room 1006
  New York, NY 10014
  **\*\*See Attached Creditors**

  By depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the above at the last known address set forth after each name.

                  */s/ Carrie Altenburg*
                  Carrie Altenburg

Sworn to before me this 7th
Day of April 2022

> **/s/ Darren Aronow**
> **NOTARY PUBLIC STATE OF NEW YORK**
> **REG. # 01AR6022417**
> **QUALIFED IN NASSAU COUNTY**
> **COMMISSION EXPIRES MARCH 29, 2023**

**MERICAN HONDA FINANCE**
PO BOX 168128
IRVING, TX 75016

**BARCLAYS BANK**
PO BOX 8803
WILMINGTON, DE 19899

**BMW Bank of North America Dept**
AIS Portfolio Services, LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**CAPITAL ONE**
PO BOX 31293
SALT LAKE CITY, UT 84131

**CONVERGENT OUTSOURCING-TMOBILE**
800 SOUTHWEST 39TH STREET
RENTON, WA 98057

**HSBC BANK**
95 WASHINGTON STREET
BUFFALO, NY 14203

**MACYS**
PO BOX 6789
SIOUX FALLS, SD 57117

**REGIONS BANK**
1797 NE EXPRESSWAY
ATLANTA, GA 30329

**THD-CBNA**
PO BOX 6497
SIOUX FALLS, SD 57117