| | |
|---|---|
| WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br>U.S. Department of Justice<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel. (212) 510-0500<br>andrea.b.schwartz@usdoj.gov<br>By:    Andrea B. Schwartz, Esq.<br>         Trial Attorney | **Hearing Date and Time:**<br>April 12, 2022, at 10:00 a.m.<br>**Objection Deadline:**<br>March 22, 2022, by 4:00 p.m.<br>**Related to ECF Nos.:**<br>ECF No. 1, 19 and 20 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re                                                                            :        Chapter 7
                                                                                      :
EDUARDO HERMOGENES JIMENEZ PEREZ,        :        Case No. 21-11523 (MG)
                                                                                      :
                                                           Debtor.       :
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Ilusion Rodriguez, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, I caused to be served a copy of *United States Trustee's Motion, Pursuant to 11 U.S.C. Sec. 350(b), to Reopen Closed Case and Direct Appointment of Trustee, together Notice Thereof and Declaration in Support* (ECF Nos. 19 and 20) by first class mail in an authorized depository on March 26, 2022, on parties listed in Exhibit A.

                                                                        By:    /s/ *Ilusion Rodriguez*
                                                                                  Ilusion Rodriguez

## Exhibit A

| | | |
|---|---|---|
| CHIEF JUDGE MARTIN GLENN<br>US BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ONE BOWLING GREEN CT.RM. 523<br>NEW YORK, NY 10004-1408 | EDUARDO HERMOGENES JIMENEZ PEREZ<br>301 EAST 99TH STREET, APT 303<br>NEW YORK, NY 10029 | AMERICAN HONDA FINANCE<br>PO BOX 168128<br>IRVING, TX 75016-8128 |
| BANK OF AMERICA<br>PO BOX 45144<br>JACKSONVILLE, FL 32232-5144 | BARCLAYS BANK<br>PO BOX 8803<br>WILMINGTON, DE 19899-8803 | BMW BANK OF NORTH AMERICA DEPT<br>AIS PORTFOLIO SERVICES, LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118-7901 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 | CONVERGENT OUTSOURCING-TMOBILE<br>800 SOUTH WEST 39TH STREET<br>RENTON, WA 98057-4927 | HSBC BANK<br>95 WASHINGTON STREET<br>BUFFALO, NY 14203-3006 |
| MACYS<br>PO BOX 6789<br>SIOUX FALLS, SD 57117-6789 | REGIONS BANK<br>1797 NE EXPRESSWAY<br>ATLANTA, GA 30329-7803 | THD-CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 |
| ANGELA G TESE MILNER<br>LAW OFFICES OF ANGELA TESE-MILNER ESQ  735 WICKHAM AVENUE<br>P O BOX 35<br>MATTITUCK NY 11952-0035 | NEW YORK STATE TAX COMMISSION<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION P.O. BOX 5300<br>ALBANY, NY 12205−0300 | UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTENTION: TAX & BANKRUPTCY UNIT 86 CHAMBERS STREET, THIRD FLOOR<br>NEW YORK, NY 10007 |
| N.Y. STATE UNEMPLOYMENT INSURANCE FUND<br>P.O. BOX 551<br>ALBANY, NY 12201−0551 | NEW YORK CITY DEPT. OF FINANCE<br>OFFICE OF LEGAL AFFAIRS<br>375 PEARL STREET, 30TH FLOOR<br>NEW YORK, NY 10038 | CORNELIUS REDMOND, ESQ.<br>REDMOND LAW PLLC<br>80 BROAD STREET, SUITE 1202<br>NEW YORK, NY 10004 |