UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

In re:

Eduardo Hermogenes Jimenez Perez,

                          Debtor,

------------------------------------------------------------ X

Chapter 7

Case No.: 21-11523 (MG)

(AMENDED)
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
COUNTY OF NASSAU    )    s.s.:

       Carrie Altenburg, being sworn, says: I am not a party to the action, am over 18 years of age and am doing business at Woodbury, New York.

       On April 11, 2022 I served the within, Response To United States Trustee's Motion, Pursuant To 11 U.S.C. § 350(B), For Order Reopening Closed Case And Directing Appointment Of Trustee Via USPS AND/OR ECF Docketed Under #24 Upon:

    **Angela G. Tese-Milner**
    Law Offices of Angela Tese-Milner, Esq.
    735 Wickham Avenue
    P.O. Box 35
    Mattituck, NY 11952

    *U.S. Trustee*
    *c/o Andrea Beth Schwartz*
    Office of the United States Trustee
    U.S. Federal Office Building
    201 Varick Street, Room 1006
    New York, NY 10014
    **\*\*See Attached Creditors**

       By depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the above at the last known address set forth after each name.

                                              */s/ Carrie Altenburg*
                                              Carrie Altenburg

Sworn to before me this 11th
Day of April 2022

> */s/ Darren Aronow*
> **NOTARY PUBLIC STATE OF NEW YORK**
> **REG. # 01AR6022417**
> **QUALIFIED IN NASSAU COUNTY**
> **COMMISSION EXPIRES MARCH 29, 2023**