UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                                       :        Chapter 7
                                                                                 :
EDUARDO HERMOGENES JIMENEZ PEREZ,    :        Case No. 21-11523 (MG)
                                                                                 :
                                              Debtor.            :
------------------------------------------------------------ X

### ORDER REOPENING CLOSED CASE
### AND DIRECTING APPOINTMENT OF TRUSTEE

Upon the *United States Trustee's Motion, Pursuant to 11 U.S.C. § 350(b), for Order Reopening Closed Case and Directing Appointment of Trustee* dated March 23, 2022 (the "Motion") and the *Declaration of Angela Tese-Milner, Esq. in Support of Reopening Chapter 7 Bankruptcy Case and Appointing Trustee to Administer Personal Injury Claim* dated March 24, 2022 [ECF Nos. 19 and 20]; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Motion having been provided to Eduardo Hermogenes Jimenez Perez at 301 East 99th Street, Apt. 303, New York, NY 10029, Cornelius Redmond at Redmond Law PLLC, 80 Broad Street, Suite 1202, New York, NY 10004, Angela Tese-Milner at Law Offices of Angela Tese-Milner, Esq., 735 Wickham Avenue, P.O. Box 35, Mattituck, NY 11952, and all creditors listed on the Court's registry; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Debtor having filed a Response to the Motion on April 11, 2022 [ECF No. 23]; and the Court having held a hearing to consider the relief requested in the Motion and the

Response thereto on April 12, 2022 (the "Hearing"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, his estate, all creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

    IT IS HEREBY ORDERED THAT

1. The Motion is granted to the extent set forth herein.

2. This chapter 7 case is reopened.

3. The U.S. Trustee is directed to appoint a chapter 7 trustee in the reopened case to administer the personal injury claim and perform all other duties required by the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and other applicable law.

**IT IS SO ORDERED.**

Dated:  April 13, 2022
       New York, New York

                                                      **/s/ Martin Glenn**
                                                      MARTIN GLENN
                                    Chief United States Bankruptcy Judge